IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

VANDA PHARMACEUTICALS INC. )
)
v.                                                       )   Civil Action No.
)
APOTEX INC. AND APOTEX CORP. )

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiff(s) hereby provide(s) the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

Date Patentee(s) Received Notice: _N/A_____

Date of Expiration of Patent: _*See below_____

Thirty Month Stay Deadline: _N/A_____

*The 10,610,510 Patent expires on January 25, 2033.
*The 10,610,511 Patent expires on October 10, 2034.

| | |
|---|---|
| _October 1, 2020_ | _/s/ Derek J. Fahnestock_ |
| Date | Attorney(s) for Plaintiff |